IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:06-cr-00010-MP-AK

KARLO ANDREW LAFORTEZA,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 17, Motion to Continue Trial by Karlo Andrew Laforteza.  Mr. Laforteza was recently examined by Dr. Krop, regarding his mental competency.  Mr. Krop has entered his report, doc. 19.  Pursuant to 18 U.S.C. § 4241(c) and 4247(d) a competency hearing shall be held on Wednesday, June 14, 2006, at 1:00 p.m.

Additionally, the trial in this case, currently set for June 5, 2006, is hereby continued and will be reset by separate notice.  The Court finds that the interests of justice served by examining defendant's mental competency outweigh the interest of the defendant and the public in a speedy trial.  Also, 18 U.S.C. § 3161(h)(1)(a), excuses from the speedy trial rule, "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant."

**DONE AND ORDERED** this  *2nd*  day of June, 2006

                            *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge