IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00010-MP-AK

KARLO ANDREW LAFORTEZA,

    Defendant.
_____/

**O R D E R**

Previously, psychologist Dr. Krop conducted an examination of defendant to determine the mental competency of Defendant to stand trial and to assist counsel. (see doc. 15). Dr. Krop has now returned his evaluation (doc. 19), recommending that Mr. LaForteza is not competent to stand trial. Under 18 U.S.C. § 4241, a hearing was held to consider whether "the court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(c) & (d). At the hearing, both the government and counsel for Defendant agreed with the conclusions of Dr. Krop, and the Court formally determined that defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that

he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Defendant is committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

2. The United States Marshal is hereby directed to commit Defendant into the custody of the Attorney General. A copy of this order, and the psychiatric evaluation found at doc. 19, shall be sent with the Defendant to the facility where Defendant shall be confined.

3. The Director of the facility in which Defendant is confined shall file a report before the end of the four month period, indicating the mental condition of the Defendant pursuant to 18 U.S.C. § 2421(1) & (2)(A).

4. The trial in this case, currently set for July 10, 2006, is hereby continued and will be reset by separate notice.

**DONE AND ORDERED** this  _15th_  day of June, 2006

_s/Maurice M. Paul_
Maurice M. Paul, Senior District Judge
